# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| DAVID HILL, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | No. MO:21-CV-78-DC |
| | § | |
| CONCHO RESOURCES, INC., and | § | |
| COG OPERATING, LLC, | § | |
|    *Defendants*. | § | |

## FINAL JUDGMENT

On October 6, 2022, the Court issued an order granting Defendants Concho Resources, Inc. and COG Operating, LLC's (collectively, "Defendants") Motion for Summary Judgment and denying David Hill's ("Plaintiff") Motion for Summary Judgment. (Doc. 47). As nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that the case is **CLOSED**.

It is further **ORDERED** that each party bear its own costs.

It is so **ORDERED**.

SIGNED this 11th day of October, 2022.

 

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE